987 A.2d 616

IN THE MATTER OF JOHN L. BLUNT, AN ATTORNEY AT LAW.

February 16, 2010.

### ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 09–284, concluding that **JOHN L. BLUNT** of **FAIRVIEW**, who was admitted to the bar of this State in 1988, should be reprimanded for violating *RPC* 1.1(a) (gross neglect), *RPC* 1.3 (lack of diligence), *RPC* 1.5(b) (failure to communicate in writing the basis or rate of the fee), and *RPC* 1.16(a)(2) (failure to terminate representation when the lawyer's physical or mental condition materially impairs the lawyer's ability to represent the client), and good cause appearing;

It is ORDERED that **JOHN L. BLUNT** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.